# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CREEKSIDE TERRACE LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 3:21-cv-00248 ) Judge Trauger |
| TOWN OF BURNS MUNICIPAL PLANNING COMMISSION, ET AL., | ) ) ) |
| Defendants. | ) |

## ORDER

It is hereby ORDERED that the initial case management conference scheduled on June 16, 2021 at 1:30 p.m. is hereby RESET for the same day at 1:00 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge