**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

CREEKSIDE TERRACE LLC,    )
             )
   Plaintiff,      )
             )
v.            )  Civil No. 3:21-cv-00248
             )  Judge Trauger
TOWN OF BURNS MUNICIPAL   )
PLANNING COMMISSION, ET AL.,  )
             )
   Defendants.    )

## ORDER

It is hereby ORDERED that the initial case management conference scheduled on

June 16, 2021 at 1:00 p.m. will be held by teleconference. Lead counsel for each party shall

participate in the conference. Judge Trauger's Courtroom Deputy will email to counsel the number

they should call in order to participate in the conference.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge